## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CARAWAY SHEET METAL
& CONSTRUCTION INC.**                                       **PLAINTIFF**

v.                                  **No. 4:13-cv-512-DPM**

**TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA; HARRY
PEPPER & ASSOCIATES INC.; BRADSHAW
CRANE RENTAL LLC, d/b/a Dick Mooney
Crane Rental; and UNITED RENTALS NORTH
AMERICA INC.**                                             **DEFENDANTS**

### ORDER

Pepper's unopposed motion to stay all proceedings and compel arbitration with Caraway, № 22, is granted.  9 U.S.C. § 3; *AgGrow Oils, LLC v. Nat'l Union Fire Ins. Co. of Pittsburgh, PA*, 242 F.3d 777, 780–83 (8th Cir. 2001). The case is stayed as to all parties and all claims.  The case is administratively terminated.  Any party may move to reopen when and if the circumstances show that the litigation should continue.  If there has been no action by 31 December 2014, then the Court will reopen and dismiss all claims of all parties without prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

__6 January 2014____