IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CARAWAY SHEET METAL
& CONSTRUCTION INC.**                                         PLAINTIFF/
                                                    COUNTER-DEFENDANT

v.                          No. 4:13-cv-512-DPM

**TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA; HARRY
PEPPER & ASSOCIATES INC.; RAY BRADSHAW,
d/b/a Dick Mooney Crane Rental; BRADSHAW
CRANE RENTAL LLC, d/b/a Dick Mooney
Crane Rental; and UNITED RENTALS NORTH
AMERICA INC.**                                                DEFENDANTS/
                                                     COUNTER-CLAIMANTS

## JUDGMENT

Harry Pepper & Associates, Inc. shall have judgment against Caraway Sheet Metal & Construction, Inc. for $63,012.66. This judgment shall accrue interest at 6% starting on 29 January 2016. Caraway's claims against Harry Pepper & Associates, Inc. and Travelers Casualty & Surety Company of America are dismissed with prejudice. Caraway's claims against Ray Bradshaw, Bradshaw Crane Rental LLC, and United Rentals North America, Inc. are dismissed without prejudice. Bradshaw Crane Rental, LLC's counterclaim against Caraway Sheet Metal & Construction, Inc. is dismissed without prejudice.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 Judgment 2016