IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARAWAY SHEET METAL
& CONSTRUCTION INC.                                      PLAINTIFF/
                                                COUNTER-DEFENDANT

v.                    No. 4:13-cv-512-DPM

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA; HARRY
PEPPER & ASSOCIATES INC; RAY BRADSHAW,
d/b/a Dick Mooney Crane Rental; BRADSHAW
CRANE RENTAL LLC, d/b/a Dick Mooney
Crane Rental; and UNITED RENTALS NORTH
AMERICA INC.                                             DEFENDANTS/
                                                 COUNTER-CLAIMANTS

ORDER

The Court needs one more piece of information before ruling on Harry Pepper & Associates' motion, № 47. Please file, as an addendum to the motion, the completed certificate of service showing when the "Notice to Judgment Debtor" was sent to Caraway Sheet Metal & Construction. № 45 at 7; ARK. CODE ANN. § 16-110-402(d)(1).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 April 2016